**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01253-CV

**D. C. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR M.M., G.T. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR O.T., L.T. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR O.T., J.C. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR A.C., AND S.C. J.C. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR A.C., Appellants**

**V.**

**DARIUS MCCLINTON-HUNTER, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

This appeal was submitted on October 28, 2014. On January 7, 2015, appellee's counsel filed a letter with the Court stating the parties settled the matter. By later dated January 8, 2015, we notified the parties that the appeal would be dismissed on January 30, 2015, absent further communication from the parties concerning the status of the appeal. Appellants' counsel responded that no settlement agreement had yet been reached. On March 2, 2015, we ordered the parties to file a joint status report.

On March 18, 2015, the parties filed a letter advising the Court that they had negotiated a settlement disposing of all claims and issues in this appeal, and only needed to execute settlement documents. The parties stated they would dismiss the appeal after thirty days during which final settlement documents would be approved and signed. More than thirty days have

now passed, and the Court has received neither a motion to dismiss the appeal nor any other communications regarding the status of the settlement.

Accordingly, the Court **ORDERS** the parties to file, by **MAY 8, 2015**, either an agreed motion to dismiss the appeal or a letter notifying the Court the case will not settle and the appeal should proceed.  No further extensions will be granted.  If the Court does not receive either the motion to dismiss or notification of non-settlement by the date specified, the Court will, without further notice, take any action it deems appropriate, including dismissal of the appeal.  *See* TEX. R. APP. P. 42.3(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
PRESIDING JUSTICE